

ORDERED in the Southern District of Florida on April 29, 2013.

John K. Olson, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

SHLOMO RASABI                                        Case No.: 13-11506-BKC-JKO
                                                     Chapter 7

      Debtor.
_____/

### AGREED ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO EXEMPTIONS AND FIRST EXTENSION OF TIME TO FILE OBJECTIONS TO DISCHARGE

THIS CAUSE came before the Court on the Agreed Motion filed by Trustee, Leslie S. Osborne to extend the deadline for filing objections to exemptions and discharge, and the Court having reviewed the Motion and being advised of an agreement between the parties, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    That the Motion is hereby **GRANTED**.

2.  That the Trustee shall have through and including <u>May 26, 2013</u> within which to file any objections to exemptions and/or discharge in the above styled case.

# # #

Submitted by:
Leslie S. Osborne, Trustee
1300 N. Federal Hwy #203
Boca Raton, FL 33432
T: (561) 368-2200
F: (561) 338-0350
e-mail: osbornetrustee@kennethrappaportlawoffice.com
e-mail: les@rorlawfirm.com

Conformed copies to be mailed to the interested parties by Leslie S. Osborne, Trustee, who will file a Certificate of Service with the Court.