UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsbuscourts.gov

IN RE:

                                    Case No. 13-11506-JKO

SHLOMO RASABI,
a/k/a Steve Rasabi,                         Chapter 7

       Debtors
_____/

## CROSS-NOTICE OF TAKING RULE 2004 EXAMINATION DUCES TECUM

BANK LEUMI, by and through undersigned counsel, gives notice that it shall examine, Shlomo Rasabi, under oath on May 29, 2013 at 9:30 a.m. at the office of Rappaport, Osborne & Rappaport, PL., 1300 N. Federal Highway, Suite 203, Boca Raton, Florida 33432. The examination may continue from day to day until completed.

The examination is being conducted pursuant to Rule 2004, Federal Rules of Bankruptcy Procedure and Local Rule 2004-1, Bankruptcy Rules of the United States Bankruptcy Court for the Southern District of Florida, and will be taken before an officer authorized to record the testimony. The Scope of the examination shall be described in FRBP 2004. Pursuant to Local Rule 2004-1, no order shall be necessary.

BANK LEUMI further requests that prior to the date of the examination, the examinee make avialable for copy or inspection all documents sought by the Trustee in his Notice of

{26452038;1}

Taking Rule 2004 Examination Duces Tecum (DE 42).

        Respectfully submitted,

        AKERMAN SENTERFITT
        Attorneys for BANK LEUMI
        Las Olas Centre II – Suite 1600
        350 Las Olas Blvd.
        Fort Lauderdale, Florida 33301
        Telephone: (954) 463-2700
        Facsimile: (954) 463-2224
        Email: joan.levit@akerman.com


        By: /s/ Joan M. Levit
           Joan M. Levit
           Florida Bar Number: 0987530

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served this 23rd day of May, 2013 to all parties on the attached Service List receiving electronic filings pursuant to CM/ECF or via U.S. Mail.

        By: /s/ Joan M. Levit

{26452038;1}

## SERVICE LIST

**13-11506-JKO Notice will be electronically mailed to:**

Angelo A Gasparri on behalf of Creditor Daniel Weiss
angelo@drlclaw.com,
scott@drlclaw.com;drlc.pbc@gmail.com;jossy@drlclaw.com;anita@drlclaw.com;robert@drlclaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Leslie S Osborne
osbornetrustee@kennethrappaportlawoffice.com,
lso@trustesolutions.com;lo@trustesolutions.net

Jordan L Rappaport, Esq on behalf of Trustee Leslie S Osborne
rappaport@kennethrappaportlawoffice.com

Zach B Shelomith on behalf of Debtor Shlomo Rasabi
zshelomith@lslawfirm.net, apopowitz@lslawfirm.net;cderby@lslawfirm.net

Jason Slatkin, Esq. on behalf of Creditor Brett Magaram
jslatkin@slatkinreynolds.com, imalcolm@slatkinreynolds.com

Jason Slatkin, Esq. on behalf of Creditor Irving Magaram
jslatkin@slatkinreynolds.com, imalcolm@slatkinreynolds.com

Alisa M Taormina on behalf of Creditor Bank Leumi USA
ataormina@stroock.com

Laura J. Varela, Esq. on behalf of Creditor Naples Syndication, LLC
lvarela@phillipslawyers.com

**13-11506-JKO Notice will not be electronically mailed to:**

Recovery Management Systems Corporation
25 SE 2 Ave #1120
Miami, FL 33131