

ORDERED in the Southern District of Florida on June 27, 2013.

**John K. Olson, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

SHLOMO RASABI,                          CASE NO. 13-11506-JKO
AKA STEVE RASABI,                       CHAPTER 7

    Debtor.
_____/

### ORDER GRANTING AGREED MOTION FOR FOURTH EXTENSION OF TIME TO FILE OBJECTIONS TO EXEMPTIONS AND/OR OBJECTIONS TO DISCHARGE (ECF No. 56)

THIS CAUSE came on for consideration upon the Agreed Motion for Fourth Extension of Time to File Objections to Exemptions and/or Objections to Discharge filed by Trustee, Leslie S. Osborne (ECF No. 56), and the Court having reviewed the matter and being advised of the agreement of the parties, it is

ORDERED AND ADJUDGED as follows:

1. That the Motion is hereby **GRANTED**; and

2. That the Trustee shall have an extension of time to and including **July 25, 2013** within which to file any objections to exemptions and/or objection to discharge in the above styled case.

# # #

Submitted by:
Jordan L. Rappaport, Esq.
RAPPAPORT OSBORNE & RAPPAPORT, PL
1300 N. Federal Hwy #203
Boca Raton, FL 33432
Telephone: (561) 368-2200
Facsimile: (561) 338-0350

Jordan L. Rappaport, Esq. will serve copies of this Order to all parties in interest and file a Certificate of Service with the Court.